UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA STATE AUTOMOBILE
ASSOCIATION INTER-INSURANCE
BUREAU as subrogee of Steven and Sheila
Plaintiff(s),

CASE NO. 4:10-cv-01570-LB

v.

WHIRLPOOL CORPORATION; MAYTAG
CORPORATION; BROAN-NuTONE, LLC
and DOES 1 through 25, inclusive
Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)   (ADR L.R. 5)
  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ✓   Private ADR *(please identify process and provider)*  Mediation
Mediator to be chosen by agreement of parties.

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓   other requested deadline  5 months from the order referring the case to an ADR process

Dated: July 13, 2010

/s/ Alan Jang
Attorney for Plaintiff

Dated: July 13, 2010

/s/ Michael Sachs
Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA STATE AUTOMOBILE
ASSOCIATION INTER-INSURANCE
BUREAU as subrogee of Steven and Sheila
        Plaintiff(s),

v.

WHIRLPOOL CORPORATION; MAYTAG
CORPORATION; BROAN-NuTONE, LLC
and DOES 1 through 25, inclusive
        Defendant(s).

CASE NO. 4:10-cv-01570-LB

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)  (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR (*please identify process and provider*)  Mediation
Mediator to be chosen by agreement of parties.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline  5 months from the order referring the case to an ADR process

Dated: July 13, 2010

_____
Attorney for Plaintiff

Dated: July 13, 2010

/s/ Krsto Mijanovic
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
~~Non-binding Arbitration~~
~~Early Neutral Evaluation (ENE)~~
~~Mediation~~
Private ADR: Mediation

Deadline for ADR session
~~90 days from the date of this order~~.
~~other~~ five months from the date of this Order

IT IS SO ORDERED.

Dated: July 19, 2010

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE