BRUCE NYE, SBN 77608
MICHAEL SACHS, SBN 235048
ADAMS | NYE | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Defendants
WHIRLPOOL CORPORATION
and MAYTAG CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of Steven and Sheila Spieller, <br><br> Plaintiffs, <br><br> vs. <br><br> WHIRLPOOL CORPORATION; MAYTAG CORPORATION; BROAN-NuTONE, LLC and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 3:10-cv-01570-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO SET EXPERT DISCOVERY DEADLINES** |

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

During the August 6, 2010 Case Management Conference, the Court asked the Parties to meet and confer and stipulate to expert discovery deadlines.  The Parties have met and conferred and hereby Stipulate to the following proposed deadlines:

1) Plaintiff's initial disclosure of experts & reports: May 30, 2011

2) Defendants' initial disclosure of experts & reports: June 27, 2011

3) Close of Expert Discovery: July 18, 2011.

This proposed schedule would require the Court to continue the Close of Expert Discovery from June 22, 2011 until July 18, 2011.  No other deadlines would need to be changed.

1

IT IS SO STIPULATED

DATED:  August 13, 2010                    ADAMS | NYE | BECHT  LLP


By:      _____/s/ Michael Sachs_____
                MICHAEL SACHS
         Attorneys for Defendants
         WHIRLPOOL CORPORATION
         and MAYTAG CORPORATION


DATED:  August 13, 2010                    JANG & ASSOCIATES, LLP


By:      _____/s/ Joseph Astleford_____
                JOSEPH ASTLEFORD
         Attorneys for Plaintiff
         CALIFORNIA STATE AUTOMOBILE
         ASSOCIATION

DATED:  August 13, 2010                    HAIGHT BROWN & BONESTEEL LLP


By:      _____/s/ Krsto Mijanovic_____
                KRSTO MIJANOVIC
         Attorneys for Defendant
         BROAN-NUTONE LLC

2

## ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES** the deadline for Plaintiff's initial disclosure of experts and reports is May 30, 2011; the deadline for Defendants' initial disclosure of experts and reports is June 27, 2011; and the Close of Expert Discovery is continued from June 22, 2011 to July 18, 2011.

**IT IS SO ORDERED**.

Dated:   August 23, 2010

_____
JEFFREY S. WHITE
United States District Judge