| | |
|---|---|
| 1 | BRUCE NYE, SBN 77608 |
| 2 | MICHAEL SACHS, SBN 235048<br>ADAMS | NYE | BECHT  LLP |
| 3 | 222 Kearny Street, Seventh Floor<br>San Francisco, California 94108-4521 |
| 4 | Telephone:  (415) 982-8955<br>Facsimile:   (415) 982-2042 |
| 5 | Attorneys for Defendants |
| 6 | WHIRLPOOL CORPORATION<br>and MAYTAG CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of Steven and Sheila Spieller,<br><br>         Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION; MAYTAG CORPORATION; BROAN-NuTONE, LLC and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No. 3:10-cv-01570-JSW<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE WHIRLPOOL CORPORATION AND MAYTAG CORPORATION;** [PROPOSED] **ORDER** |

---

JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE WHIRLPOOL CORPORATION AND MAYTAG CORPORATION; [PROPOSED] ORDER

Under Federal Rule of Civil Procedure 41, the parties hereby stipulate that Whirlpool Corporation and Maytag Corporation are hereby dismissed from this case WITHOUT PREJUDICE. The case shall continue with the remaining parties.

DATED: November 3, 2010   By:   /s/ Michael Sachs
Bruce Nye
Michael Sachs
ADAMS | NYE | BECHT LLP
222 Kearny Street, 7th Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Attorneys for Defendants,
WHIRLPOOL CORPORATION
and MAYTAG CORPORATION

DATED: November 2, 2010   By:   /s/ Joseph Astleford
Joseph Astleford
JANG & ASSOCIATES, LLP
1766 Lacassie Avenue, Suite 200
Walnut Creek, CA 94596
Attorneys for Plaintiff,
CALIFORNIA STATE AUTOMOBILE ASSOCIATION

DATED: November 3, 2010   By:   /s/ Krsto Mijanovic
Krsto Mijanovic
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, California 90045-1574
Attorneys for Defendant,
BROAN-NUTONE LLC

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: __November 5__, 2010   By: /s/ Jeffrey S. White
**THE HONORABLE JEFFREY S. WHITE**
**United States District Judge**
**Northern District of California –San Francisco**

---

1

JOINT STIPULATION TO DISMISS WITH PREJUDICE WHIRLPOOL CORPORATION AND MAYTAG CORPORATION; [PROPOSED] ORDER