1  Alan J. Jang, SBN 83409
   Joseph G. Astleford, SBN 231494
2  JANG & ASSOCIATES, LLP
   1766 Lacassie Avenue, Suite 200
3  Walnut Creek, California 94596
   Telephone (925) 937-1400
4  Fax (925) 937-1414

5  Attorneys for Plaintiff
   CALIFORNIA STATE AUTOMOBILE ASSOCIATION
6  INTER-INSURANCE BUREAU

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU as subrogee of Steven and Sheila Spieller, | Case No.: 3:10-CV-01570-JSW |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO SET EXPERT DISCOVERY DEADLINES |
| vs. | |
| WHIRLPOOL CORPORATION; MAYTAG CORPORATION; BROAN-NuTONE, LLC DOES 1 through 50, inclusive | |
| Defendants. | |

TO THE HONORABLE JUDGE OF THE COURT AND THE CLERK OF THE COURT:

Parties are hereby stipulating to following discovery deadlines. The Parties have met and conferred and hereby Stipulate to the following proposed deadlines:

1) Last day to Hear Dispositive Motions remains on for Friday, 7/22/2011, 9:00 a.m.
2) Plaintiff's initial disclosure of experts & reports remains due for 5/30/2011
3) Defendants' initial disclosure of experts & reports remains due for 6/27/2011
4) Last Day for Expert Discovery: 10/1/2011
5) Close of Non-expert Discovery: 9/15/2011

IT IS SO STIPULATED:

DATED: December 7, 2010     HAIGHT BROWN & BONESTEEL, LLP

By: _____
KRSTO MIJANOVIC
ATTORNEY FOR DEFENDANT
BROAN-NuTONE, LLC

DATED: December 9, 2010     JANG & ASSOCIATE, LLP

By: _____ for JGA
JOSEPH G. ASTLEFORD
ATTORNEY FOR PLAINTIFF
CALIFORNIA STATE
AUTOMOBILE ASSOICATION
INTER-INSURANCE BUREAU

STIPULATION AND [PROPOSED] ORDER TO SET EXPERT DISCOVERY DEADLINES
CASE NO. 3:10-CV-01570-JSW

1  ORDER

2  ~~PURSUANT TO THE STIPULATION OF THE PARTIES the deadline to~~

3  ~~hear Dispositive Motions remains on the calendar for July 22, 2011 at 9:00 a.m., deadline for~~

4  ~~Plaintiff's initial disclosure of experts & reports remains due for May 30, 2011, deadline for~~

5  ~~Defendants' initial disclosure of experts & reports remains due for June 27, 2011, deadline for~~

6  ~~Expert Discovery is due October 1, 2011 and the deadline for Close of Non-Expert Discovery is~~

7  ~~continued from May 23, 2011 to September 15, 2011.~~

8  **IT IS SO ORDERED.**

The Court DENIES the parties's stipulation without prejudice to a showing of good cause. The parties state that they need to contine the deadlines for expert and non-expert

10  ~~DATED:~~

11  ~~JEFFREY S. WHITE~~
   ~~United States District Judge~~

12  discovery from May and June to September and October of 2011 due to delays in inspecting evidence until *January* of 2011. It is not clear why the original deadlines set in May and June of 2011 would be insufficient. Moreover, the parties propose moving the discovery deadlines to be after the dispositive motions would be heard and any opportunity to serve motions *in limine* would have passed. In fact, they propose that expert discovery end on the Saturday before the pre-trial conference is schedule. The Court finds that this proposed schedule is not conducive to orderly trial preparation.

17  **IT IS SO ORDERED.**

Dated: December 9, 2010

*[Signature: Jeffrey S. White, Judge Jeffrey S. White, United States District Court, Northern District of California seal]*

STIPULATION AND ~~[PROPOSED]~~ ORDER TO SET EXPERT DISCOVERY DEADLINES
CASE NO. 3:10-CV-01570-JSW

3