Peter A. Dubrawski (Bar No. 65677)
Krsto Mijanovic (Bar No. 205060)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: 310.215.7100
Facsimile: 310.215.7300

Attorneys for Defendant
BROAN-NUTONE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of Steven and Sheila Spieller,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION; MAYTAG CORPORATION; BROAN-NuTONE LLC and DOES 1 through 25, Inclusive,<br><br>Defendant. | Case No. 3:10-CV-01570-JSW<br><br>Judge Hon. Jeffrey S. White<br><br>**STIPULATION OF PARTIES TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY AND EXPERT CUT-OFF DATES** |

All parties hereto, by and through their attorneys of record, stipulate as follows:

1. This matter involves a fire loss that occurred on August 6, 2007 at a residence located at 304 Miramontes Avenue, Half Moon Bay, California. The fire was investigated by the Half Moon Bay Fire Department. On information and belief, the Half Moon Bay Fire Department merged with the Coastside Fire Department, and eventually came to be known as CAL-FIRE.

2. Broan-NuTone LLC has diligently pursued discovery; however, due to the merger of the two fire departments, CAL-FIRE was not able to locate and

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000072
3808627.1

1

STIPULATION OF PARTIES TO MODIFY
SCHEDULING ORDER

identify the individuals from the responding fire department who investigated the subject fire, as well as the photographs of fire. The absence of this information has prevented Broan-NuTone LLC from determining the facts and circumstances surrounding the subject fire. It was not until recently that Broan-NuTone was finally able to track down the lead investigator to secure his deposition.

3. Furthermore, over the past 12 months, Broan-NuTone LLC has also had great difficulty locating witness Martiza Spieller, who was the last person to leave the subject premises before the fire. After a diligent search, Broan-NuTone LLC discovered that Ms. Spieller was a student as San Luis Obispo, and secured her deposition earlier this month.

4. Plaintiff recently noticed the deposition of the 30(b)(6) witness of Broan-NuTone LLC, however, due to scheduling conflicts and the fact that Broan's company witness resides in Wisconsin, said deposition was unable to go forward. The parties hereby agree to a short continuance of the discovery cut-off and expert designation periods so as to give the parties sufficient time to complete discovery.

5. Furthermore, now that the parties have been able to secure the fire investigation materials and deposition testimony of the fire department, the parties have agreed to submit this matter to private mediation.

6. Under the existing Scheduling Order, the discovery cut-off is May 23, 2011 and plaintiff's expert designation is due on May 31, 2011, and defendant's expert designation is due on June 27, 2011. The Pre-Trial Conference is scheduled on October 3, 2011, and the Trial is scheduled on October 24, 2011.

**7.** Accordingly, the parties so stipulate to extend the non-expert and expert discovery as follows:

    a. Discovery Cut-Off: July 11, 2011
    b. Plaintiff's Expert Designation: August 1, 2011
    c. Defendant's Expert Designation: August 29, 2011

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

BM07-0000072
3808627.1

2

STIPULATION OF PARTIES TO MODIFY SCHEDULING ORDER

8. The original Pre-Trial Conference and the Trial dates shall remain.

**IT IS SO STIPULATED.**

Dated: May 20, 2011

HAIGHT BROWN & BONESTEEL LLP

By: /s/ Krsto Mijanovic
Peter A. Dubrawski
Krsto Mijanovic
Attorneys for Defendant
BROAN-NUTONE LLC

Dated: May 20, 2011

JANG & ASSOCIATES

By: /s/ Joseph Aslteford
Joseph Astleford
Attorneys for Plaintiff
CALIFORNIA STATE
AUTOMOBILE ASSOCIATION
INTER-INSURANCE BUREAU

**IT IS SO ORDERED.**

Dated: May 24, 2011

Hon. Jeffrey S. White
Judge, United States District Court
LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000072
3808627.1

3

STIPULATION OF PARTIES TO MODIFY
SCHEDULING ORDER