# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of Steven and Sheila Spieller,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION; MAYTAG CORPORATION; BROAN-NuTONE LLC and DOES 1 through 25, Inclusive,<br><br>Defendant. | Case No. 3:10-CV-01570-JSW<br><br>Judge Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER ON STIPULATION RE DISMISSAL** |

Based upon the stipulation by and between the parties to this action, plaintiff, CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, and defendant, BROAN-NUTONE LLC, through their respective counsel of record,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 25, 2011

_____
Judge, United States District Court

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000072
3827318.1

1

ORDER ON STIPULATION RE DISMISSAL